**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**AT BECKLEY**

ERIC MCKNIGHT,

Petitioner,

v. CIVIL ACTION NO. 5:25-cv-00100

FCI BECKLEY WADREN,

Respondent.

**ORDER**

Pending is Petitioner Eric McKnight's Petition for Habeas Corpus Pursuant to 28 U.S.C. §2241 [ECF 1], filed February 18, 2025. This action was previously referred to the Honorable Omar J. Aboulhosn, United States Magistrate Judge, for submission of proposed findings and a recommendation ("PF&R"). Magistrate Judge Aboulhosn filed his PF&R [ECF 12] on August 25, 2026. Magistrate Judge Aboulhosn recommended that the Court dismiss as moot Petitioner's Petition for Habeas Corpus Pursuant to 28 U.S.C. §2241 and remove the matter from the Court's docket. [*Id.* at 3].

The Court need not review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140 (1985); *see also* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations *to which objection is made*." (emphasis added)). Failure to file timely objections constitutes a waiver of de novo review and the Petitioner's right to appeal the Court's order. *See* 28 U.S.C. § 636(b)(1); *see also United States v. De Leon-*

*Ramirez*, 925 F.3d 177, 181 (4th Cir. 2019) (Parties may not typically "appeal a magistrate judge's findings that were not objected to below, as § 636(b) doesn't require de novo review absent objection."); *Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir. 1989). Further, the Court need not conduct de novo review when a party "makes general and conclusory objections that do not direct the Court to a specific error in the magistrate's proposed findings and recommendations." *Orpiano v. Johnson*, 687 F.2d 44, 47 (4th Cir. 1982). Objections in this case were due on September 11, 2026. No objections were filed.[1]

Accordingly, the Court **ADOPTS** the PF&R **[ECF 12]**, **DISMISSES AS MOOT** Petitioner's Petition for Habeas Corpus Pursuant to 28 U.S.C. §2241.

The Court directs the Clerk to transmit a copy of this Order to counsel of record and any unrepresented party.

ENTER: October 6, 2026

Frank W. Volk
Chief United States District Judge

---

[1] On September 10, 2026, a copy of the PF&R sent to Mr. McKnight at FCI Beckley, P. O. Box 350, Beaver, West Virginia 25813 was returned as undeliverable. [ECF 13]. The copy of the PF&R was resent to Mr. McKnight at RRM Baltimore, Residential Reentry Office, 400 First Street, NW, 5th Floor, Washington, D.C. 20534 on the same date. [*Id.*].